**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| Wes Newman, individually and on behalf of all others similarly situated, | : | Case No. 1:25-cv-05756 |
| Plaintiff, | : | |
| v. | : | Honorable LaShonda A. Hunt |
| SelectQuote Insurance Services, | : | Mag. Judge Laura K. McNally |
| Defendant. | : | |

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, Wes Newman, and Defendant, SelectQuote Insurance Services ("SelectQuote") (together, the "Parties"), hereby stipulate to the dismissal of this action without prejudice, with each party to bear its own attorneys' fees and costs.

Dated: March 10, 2026

Respectfully submitted,

*/s/ Avi R. Kaufman*
Avi R. Kaufman (FL Bar no. 84382)
kaufman@kaufmanpa.com
KAUFMAN P.A.
237 South Dixie Highway, 4th Floor
Coral Gables, FL 33133
Telephone: (305) 469-5881

*Counsel for Plaintiff and the putative Class*

*/s/ Bradley J. St. Angelo*
Bradley St. Angelo, Esq.
SESSIONS, ISRAEL & SHARTLE, LLC
3838 N. Causeway Blvd, Ste. 2800
Metairie, LA 70002
Telephone: (504) 838-3700

Email: bstangelo@sessions.legal

and

James K. Schultz, Esq (lead trial attorney)
Sessions, Israel & Shartle
1550 Hotel Circle North, Suite 260
San Diego, CA 92108
Telephone: (504) 838-3700
Email: jschultz@sessions.legal

*Attorneys for Defendant,*
*SelectQuote Insurance Services*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 10, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, and it is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

*/s/ Avi R. Kaufman*